THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD McGUINNESS, Appellant.— Order affirmed. All concur. (Appeal from an order denying motion by petitioner for a proceeding *coram nobis* to vacate two judgments of conviction, and the request that he be returned to court for a hearing.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

ELIZABETH P. KAZERSKIS, Appellant, v. CITY OF ROCHESTER et al., Respondents.— Judgments affirmed, without costs of this appeal to any party. All concur. (Appeals from two judgments dismissing the complaint as to each defendant in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *post,* p. 853.]

■

GREAT AMERICAN INDEMNITY COMPANY, Appellant, v. LAPP INSULATOR COMPANY, INC., Respondent and Third-Party Plaintiff-Appellant. SEYLER MANUFACTURING COMPANY, Third-Party Defendant-Respondent. UTAH HOME FIRE INSURANCE COMPANY, Appellant, v. LAPP INSULATOR COMPANY, INC., Respondent and Third-Party Plaintiff-Appellant. SEYLER MANUFACTURING COMPANY, Third-Party Defendant-Respondent.— Motions for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. (See 282 App. Div. 545.)

■

JOHN O. YOUNG, a Stockholder of Farmers and Traders Life Insurance Company, Respondent, v. FARMERS AND TRADERS LIFE INSURANCE COMPANY et al., Appellants, et al., Defendants. In the Matter of JOHN O. YOUNG, Respondent, against FARMERS AND TRADERS LIFE INSURANCE COMPANY, Appellant.— Motion to vacate order denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. (See 282 App. Div. 1010.)